IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HERBERT & CHERYL KENYON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00950-O |
| | § | |
| STATE FARM LLOYDS INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Notice of Settlement (ECF No. 8), filed November 5, 2020.

The parties have informed the Court that the Plaintiff has accepted Defendant's offer of judgment.

Accordingly, this case is dismissed with prejudice.

**SO ORDERED** on this **6th day** of **November, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE